UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL HORACEK, #218347, | ) | |
| Plaintiff, | ) | |
| | ) | No.   2:13-cv-280 |
| v. | ) | 2:15-cv-38 |
| | ) | |
| MICHAEL MARTIN, *et al.*, | ) | Honorable Paul L. Maloney |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 14, 2022                                          /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge